UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                :
HECTOR NERI PLIEGO,                                             :
                                                                :
                              Petitioner,                        :
                                                                :
              -v-                                               :        26-CV-719
                                                                :        **ORDER**
KRISTI NOEM, *in her official capacity as*                      :
*Secretary of the U.S. Department of Homeland*                  :
*Security*; TODD LYONS, *in his official capacity as*           :
*Acting Director of U.S. Immigration and Customs*               :
*Enforcement*; KENNETH GENALO, *in his official*                :
*capacity as Field Office Director of Enforcement*              :
*and Removal Operations of the New York Office of*              :
*U.S. Immigration and Customs Enforcement*;                     :
PAMELA BONDI, *in her official capacity as U.S.*                :
*Attorney General*; and RAUL MALDONADO, Jr.,                    :
*in his official capacity as Warden of the*                     :
*Metropolitan Detention Center*;                                :
                                                                :
                              Respondents.                       :
------------------------------------------------------------------------X

**NINA R. MORRISON**, United States District Judge:

This case has been assigned to the undersigned for all purposes.

*First*, it is hereby ordered that all parties appear for a conference in Courtroom

6E North on **February 17, 2026 at 10:30 AM**.  Respondents shall coordinate with

Immigration and Customs Enforcement to **ensure that Petitioner is produced to**

**the courthouse for the conference**, and shall inform the Court's deputy if any

court orders are necessary in that regard.

*Second*, Respondents shall submit a letter by **February 10, 2026 at 12:00 PM**

indicating whether the conference is necessary.  In the letter, Respondents should

address:

1

(1) Petitioner's A-number, current place of detention, and a contact person who can facilitate counsel's access to Petitioner;

(2) the statutory provision(s) under which Respondents assert the authority to detain Petitioner;

(3) whether there is any basis to distinguish the asserted grounds for detention in this case from this Court's decision in *Hyppolite v. Noem*, No. 25-CV-4304 (NRM), 2025 WL 2829511 (E.D.N.Y. Oct. 6, 2025), or from any other prior decisions issued by the undersigned in this area of law. If there is no basis to distinguish this Petition from the Court's analysis in *Hyppolite* or another decision of this Court, the submission may take the form of a letter so stating, and indicating whether Respondents oppose issuance of the writ, subject to preservation of Respondents' arguments for appeal;

(4) a copy of any final order of removal for this Petitioner; and

(5) information regarding the procedural posture of any pending Department of Homeland Security or Executive Office for Immigration Review proceedings concerning this Petitioner.

If Respondents take the position that the outcome of this Petition is materially distinguishable from a prior decision of this Court, Respondents are further ordered to show cause in writing no later than **February 12, 2026 at 5:00 PM** as to why the Petition should not be granted. In their submission, Respondents shall affirm that they have provided the Court with all facts material to Petitioner's claims and Respondents' opposition to the Petition, and shall attach as exhibits all records

2

related to those facts.  Petitioner may reply by **February 14, 2026 at 5:00 PM**.  The

Court will then hear argument on the Petition, if necessary, on **February 17, 2026**

**at 10:30 AM** in Courtroom 6E North.


       **SO ORDERED.**


Dated:  February 9, 2026                    */s/ Nina R. Morrison*
        Brooklyn, New York                Nina R. Morrison
                                     United States District Judge

3